FILED

2024 Sep-10 PM 02:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

**Kwang yong shin,**

*Plaintiff,*

(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

**AVIAGEN INC.,**
**(owner: Jan Henriksen)**

*Defendant(s),*

(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

FILED

2024 SEP 10 P 12: 06

U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No.: 5:24-CV-1229-HNJ

*(to be filled in by the Clerk's Office)*

JURY TRIAL ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff**

Name **Kwang yong shin**

Street Address **1913 Dilcrest Dr**

City and County **Duluth, Gwinnett**

State and Zip Code **GA, 30096**

Telephone Number **678-209-9966**

E-mail Address *(if known)* **Kwangshin15900@gmail.com**

☑ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

**9-10-2024**

Date

Participant Signature

Page 1 of 7

## II.    Basis for Jurisdiction

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jan Henriksen |
| Job or Title *(if known)* | Ceo (Aviagen) |
| Street Address | 920 Explorer Boulevard |
| City and County | Huntsville |
| State and Zip Code | AL, 35806 |
| Telephone Number | 256 890 3800 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐      Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐      Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐      Failure to hire me

☑      Termination of my employment

☐      Failure to promote me

☐      Failure to accommodate my disability

☑      Unequal terms and conditions of my employment

☑      Retaliation

☐      Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s):

_From 08/30/2018 — 05/30/2024_

C.      I believe that defendant(s) *(check one)*:

☐      is/are still committing these acts against me

☐      is/are not still committing these acts against me

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑      race      _____

☐      color      _____

☐      gender/sex      _____

☐      religion      _____

☑      national origin      _Korea (Korean American)_

☑      age *(year of birth)*      _60 years old or Older_
      *(only when asserting a claim of age discrimination)*

☐      disability or perceived disability *(specify disability)*_____

E.      The facts of my case are as follows. Attach additional pages if needed. _____

_All this reverse discrimination, damage and even dismissal is because Aviagen, inc. failed to supervise its subcontrators for 24 years. Illegal operation for 24 years as a contractor without a I-9._

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: 9/10/2024

Signature of Plaintiff: _____

Printed Name of Plaintiff: _Kwang   Yong  Chih_

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☐ issued a Notice of Right to Sue letter, which I received on *(date)*: _____

_____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed

☐ less than 60 days have elapsed

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Aviagen, Inc did not manage or supervise the large-scale illegal employment of Sun poultry service, Inc., a subcontractor of Aviagen, for 24 years, and I was fired because of it.

It is also a very difficult situation financially. My two daughters have also suffered mental problems due to the damage over the long period of time and they are currently in a very difficult financial situation.

I am seeking $2 million in compensation.

FILED

08 SEP 10 A 11: 34

U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court
## Northern District of
## Alabama

---

KWANG Yong SHIN,

                                                             Plaintiff-Appellant,

*versus*

AVIAGEN INC.,
(Owner: Jan Henriksen)

                                                         Defendant-Appellee.

---

I. Personal Information, Career History, and Company Introduction

II. Violations by the Primary Contractor and Subcontractor

III. Retaliation and Termination

IV. Damage to My Family

V. Current Situation

# I. Personal Information, Career History, and Company Introduction

My name is Kwang YongShin, and I am a U.S. citizen, residing at 1913 Dilcrest Dr, Duluth, GA 30096. I was born on August 10, 1963. I am divorced and currently live with my two daughters.

I have spent the past 30 years working as a professional chick sexer in the United States, a specialized role within the poultry industry. As a chick sexer, my primary responsibility is to determine the gender of newly hatched chicks, a crucial function that significantly impacts the productivity and efficiency of poultry farms. This profession requires extensive training, sharp concentration, and quick, precise hand movements to ensure accurate and efficient sorting.

Throughout my career, I have worked for several companies, most notably Amchick Inc. and Sun Poultry Service Inc.. My last employment was with Sun Poultry Service, Inc., a subcontractor for major industry leaders such as Aviagen, Inc. and Cobb-Vantress, Inc., both of which are globally recognized companies dominating the U.S. poultry sector. Unfortunately, I was wrongfully terminated from this position after filing a lawsuit against the company for violations related to its practices.

From October 2018 to May 2024, I provided chick sexing services for Sun Poultry Service, Inc. at various hatcheries under contracts with Aviagen and Cobb-Vantress. These hatcheries included Hubbard, LLC in Pikeville, TN, where I worked from October 2018 to October 2021, and Cobb-Vantress Hatchery in Lafayette, TN, from October 2021 until May 2024.

Sun Poultry Service, Inc. is a family-owned business with connections to multiple companies, including Udaka's and Won's Chick Services, Inc., Continental Poultry Service, and Continental Poultry Group, Inc. Jae Young Shim is the main family lead. Their primary contractors, Aviagen, Inc. and Cobb-Vantress, Inc., outsource chick and turkey sexing tasks to Sun Poultry Service.

---

Information regarding all the hatcheries:

Hubbard,LLC Hatchey (Aviagen)
1070 Main St, Pikeville, TN 37367
October/2018 - October/2021

Cobb-Vantrees Hatchey(Cobb-Vantress)
441 Industrial Dr, Lafayette, TN 37083
Octobet/2021 - May/30/ 2024

Sun poultry service, Inc's main contractor. (Primary contractor)

Aviagen, Inc
920 Explorer Boulevard NW
Huntsville, AL 35806
256 890 3800
256 890 3919
info@aviagen.com
CEO: Jan Henriksen

Cobb-Vantress, Inc.
4703 U.S. Highway 412 East
Siloam Springs, AR 72761
479-524-3166
CEO: Stan Reid

SUBCONTRACTING COMPANIES:

Sun poultry service, INC.
1215 Windy Knoll Rd
Woodstock, GA 30188
770-485-2321
President:Jae Young Shim

Udaka's and Won's Chick Services Inc.
(Jung Souk Shim – Jae Young Shim's wife)
- 1215 Windy Knoll Rd Woodstock, GA 30188

Continental Poultry Service
(Petter Lee – Jae Young Shim sister's husband)
- 2615 Fayetteville Rd. Van Buren, AR 72956

Continental Poultry Group Inc
(Shim Jae Ok- Jae Young Shim brother's wife)
- 6000 Foggy Glen Place Matthews, NC 28104-6803

## II. Violations by the Primary Contractor and Subcontractor

Aviagen Inc. gradually transitioned its hatchery subcontracting to Sun Poultry Service, Inc., one location at a time. By 2017, under the leadership of Jaeyoung Shim and his family, Sun Poultry Service, Inc. managed all hatchery subcontracting across the entire U.S. This shift effectively shut out competitors in what was once a peaceful industry, allowing Sun Poultry Service, Inc. to gain immense and absolute control. As a result, chick sexers lost the ability to move to other companies and were forced to affiliate with Sun Poultry Service, Inc. to continue working in their profession.

In Mexico, young workers are trained in chick sexing, and large numbers of these illegal workers enter the U.S. to join Sun Poultry Service, Inc. As a consequence, my American colleagues, many of whom are U.S. citizens, have been continuously laid off. The influx of these illegal workers continues, and with the tacit approval of Aviagen, Inc. and Sun Poultry Service, Inc. persists in employing them while dismissing the remaining American workers.

Chick sexers earn an annual salary ranging from $80,000 to $150,000, a significant sum for the illegal workers crossing the U.S. border from Mexico. Over the past 24 years, these workers have risked their lives and paid large fees to secure employment through Sun Poultry Service, Inc. After being hired, they continue to pay substantial monthly fees as part of their employment arrangement, a practice that is still ongoing today.

One key reason U.S. citizens are being replaced by illegal workers is that the latter lack Social Security numbers or legal status, enabling Sun Poultry Service, Inc. to take a portion of their wages in the form of fees. This payment structure makes it highly profitable for the company to hire illegal workers over U.S. citizens, a practice they've maintained for years.

For 24 years, Aviagen, Inc. has quietly allowed these illegal operations to flourish. U.S. citizens like myself have had to comply with Sun Poultry Service, Inc.'s unfair demands due to the steady influx of illegal workers. The limited number of skilled chick sexers means that for every illegal worker hired, an American citizen—often of Korean descent—has been laid off. The Vice President of Sun Poultry Service, Inc. has even stated that when 10 illegal workers arrive from Mexico, 10 Korean-American citizens will be laid off.

The illegal workforce has grown so large that it is impossible to hide. The chick sexing industry now consists of three groups: Korean-American citizens, U.S. permanent residents, and illegal workers from Mexico and Guatemala. Korean-American citizens, including myself, have had to work under constant stress. As the number of illegal workers has grown, they have formed powerful, unified groups, with many holding supervisory and managerial roles despite lacking legal status. This shift has left American citizens working under the direction of illegal workers, whose influence now outweighs that of U.S. citizens.

Today, illegal workers make up approximately 90% of the total workforce at Sun Poultry Service, Inc., with only 10% holding legal status. Across all companies operated by Sun Poultry Service, Inc. and its affiliates, there are over 6,000 illegal workers. Of these, about 800 are skilled chick sexers, while the remaining 5,200 are unskilled laborers.

While not all these illegal workers are subcontracted through Aviagen, Inc., the total number of illegal workers across Sun Poultry Service, Inc. and its affiliated businesses is around 6,000. Approximately 800 of these are engaged in chick sexing and hatchery labor across the U.S., all with the tacit approval of Aviagen.

The sheer number of illegal workers is now impossible to conceal. The Vice President of Sun Poultry Service, Inc., Chun Jin Min (nephew of Jaeyoung Shim), openly states that when young Mexican chick sexers cross the border, older American citizens will be laid off. Hearing such statements publicly has been deeply distressing, especially as I watch my colleagues lose their jobs, wondering if I'll be next.

How has this situation gotten so out of control? The answer is simple: no one has been willing to report these illegal practices, fearing the repercussions. Many Korean-American citizens, including myself, have limited English proficiency and lack the ability to take legal action. For 24 years, Aviagen, Inc., the primary contractors, have been fully aware of Sun Poultry Service, Inc.'s illegal operations but have done nothing to stop them. Instead, they've supported these practices, allowing them to continue unchecked.

As an American citizen, I firmly believe that the layoffs, mental anguish, and family destruction I have endured are directly attributable to Aviagen, Inc. U.S. law mandates that employers complete and retain I-9 forms for all employees as part of the Immigration Reform and Control Act (IRCA) of 1986. Employers must complete the I-9 within three days of an employee's start date. The fact that Aviagen Inc. has allowed Sun Poultry Service, Inc. to operate without a single I-9 form for thousands of illegal workers is a serious violation that should carry severe legal consequences.

Sun Poultry Service, Inc. and its affiliated companies have operated without oversight from Aviagen Inc. for 24 years. In 2018, I joined Sun Poultry Service, Inc., and no I-9 form was filed for me either.

Illegal workers from Mexico and Guatemala are paid through illegal methods, using fraudulent Social Security numbers or the names of other individuals. When paid in cash, Sun Poultry Service, Inc. deducts 40% from their wages—30% as a fee and 10% as additional charges. This system enables the company to employ illegal workers without proper documentation.

The primary contractor, Aviagen, has done nothing to regulate this illegal operation for over two decades. As a result, illegal workers from Mexico and Guatemala have become a significant source of profit for Sun Poultry Service, Inc. Although they claim it's difficult to find skilled chick sexers, only 800 out of the 6,000 illegal workers are actually skilled in the profession, with over 85% working as unskilled general laborers.

Why do these issues persist in my workplace? The answer is clear: Aviagen Inc. has allowed Sun Poultry Service, Inc. and its affiliated companies to operate without I-9 forms for 24 years. They use fraudulent Social Security numbers, deduct substantial fees from wages, and even pay in cash while taking 40% of illegal workers' wages. They have ignored labor laws, laying off American citizens to make room for illegal workers—all because the primary

contractor has failed to provide oversight for over two decades, and the problem continues to this day.

# III. Retaliation and Termination

As a chick sexer with over 30 years of experience, I have dedicated my professional life to this unique and specialized role. However, due to the increasingly monopolized control of Sun Poultry Service, Inc., which employs a large number of illegal workers, I have endured immense stress and mental health challenges. These circumstances have not only affected my career but have also taken a toll on my personal life, ultimately leading to the breakdown of my family

On May 30, 2024, I was terminated from my position at Sun Poultry Service, Inc. My termination was unjust, and my role has since been filled by an illegal worker from Mexico who crossed the border to join the workforce. This replacement reflects a disturbing trend in which illegal workers are being favored over U.S. citizens, reducing the value and scarcity of skilled professionals like myself.

After my termination, I felt I had no choice but to seek justice. I decided to file a lawsuit against Sun Poultry Service, Inc. in the Atlanta District Court. Unfortunately, I did so without any legal representation and without fully understanding the complexities of the legal system. I lacked the proper knowledge of the procedures, formalities, and even the English language, which made it difficult to effectively present my case. As a result, my lawsuit was dismissed on July 30, 2024. I completely respect the court's decision, as my failure to follow the correct legal protocols led to the dismissal. However, the dismissal has not deterred me from seeking justice.

I have decided to pursue legal action again, even though it means risking everything I have. I understand that my lack of legal knowledge and resources puts me at a disadvantage, but I believe it is important to hold Sun Poultry Service, Inc. accountable for their unlawful actions. My termination was not only illegal but also a direct result of the failure of Aviagen Inc. to properly supervise their subcontractor, Sun Poultry Service, Inc. The absence of an I-9 form for my employment, coupled with their failure to oversee the subcontractor's illegal hiring practices, led to my unjust dismissal.

Since receiving my termination notice, I have been unable to secure another job in my field. Sun Poultry Service, Inc. and its family-operated companies have monopolized chick sexing employment across the U.S., leaving no alternative opportunities for professionals like myself. The illegal dismissal has placed me in a dire financial situation, forcing me to struggle to support my family. The pride and self-worth I had built over three decades of hard work have been lost, leaving me in a state of deep emotional distress.

Despite these hardships, I remain committed to fighting for my rights and for the rights of other U.S. citizens who have been similarly affected by these unlawful practices. The mental anguish, financial instability, and emotional turmoil I have experienced are the result of Sun Poultry Service, Inc.'s exploitation of illegal labor, which has not only violated the law but also destroyed the livelihoods of many American workers.

My ultimate goal is to expose these illegal practices and seek justice for myself and others who have been wrongfully terminated or exploited. I believe that holding both Sun Poultry Service, Inc. and Aviagen Inc., accountable for their actions is necessary to prevent further harm to U.S. citizens and to restore fairness and legality to this industry.

# IV. Damage to My Family

The events surrounding my work with Sun Poultry Service, Inc. have had devastating effects on my family, particularly my eldest daughter, who now suffers from severe mental health issues. She is unable to engage in social activities and receives $628.67 per month in disability support from the U.S. government.

When Sun Poultry Service, Inc. monopolized the hatchery industry in 2018, they assigned my wife and me, both chick sexers, to different states. I worked in Tennessee, while my wife, a U.S. citizen, was stationed in Kentucky. At her hatchery, all 12 technicians, including supervisors and managers, were illegal immigrants from Mexico. The working environment was fraught with fear, as any errors could lead to immediate dismissal.

The separation took a heavy toll on our family. My wife and I grew distant due to being forced to live apart, and the strain eventually led to our divorce. Our two daughters were deeply affected by this. My eldest daughter, in particular, experienced severe emotional trauma that resulted in frequent emergency room visits and long-term mental health struggles. My younger daughter, though outwardly strong, also began showing symptoms of distress, leading to regular medical emergencies.

My daughters have often asked me, "Dad, why are we being discriminated against by illegal workers in our own country? Why did we become U.S. citizens if this is how we're treated?" Their confusion and hurt are a direct result of the discrimination I faced, not just as an American citizen but also as a worker in an industry that gave preferential treatment to illegal labor. These experiences, combined with the instability in our home life, have left my eldest daughter in need of continuous care, and my younger daughter struggles with her own issues.

Adding to our distress, my mother, who lived with us after the divorce, suffered greatly due to the ongoing stress and tension within our household. She eventually passed away from brain cancer, and I believe that the emotional toll of our situation contributed to her decline. Losing her, while also witnessing my daughters' suffering, has been an indescribable pain.

Further complicating our situation is the presence of Jaeyoung Shim's son, Youngjin Shim, who served a 12-year prison sentence for child sexual assault. After his release, we were subjected to harassment by him. My daughter felt unsafe when he would park outside our home in Hixson, Tennessee, and watch her when I was away. Despite initially not knowing who he was, I later discovered his identity through a newspaper article and immediately reported the situation to the local police. We eventually moved to Duluth, Georgia, for our safety. However, we still live in constant fear of retaliation, particularly as I pursue legal action against Sun Poultry Service, Inc.

The emotional and psychological toll on my family has been immeasurable. My daughters, especially my eldest, are still suffering, and I now spend my days providing around-the-clock care for her. This ongoing nightmare has taken away the life and future I had envisioned for my family, leaving us scarred and struggling to move forward.

# V. Current Situation

Since my termination, I have found no opportunity to continue working as a chick sexer in the U.S. poultry industry. Sun Poultry Service, Inc. now monopolizes all chick sexing operations across the country, leaving no room for American citizens like myself to find work in this field. With thousands of workers employed without a single I-9 form, it is clear that the company has been operating outside the bounds of the law for over two decades. The primary contractor, Aviagen Inc., has been fully aware of this situation but has chosen to ignore these illegal practices for the past 24 years.

Since 2017, Sun Poultry Service, Inc. and its family-owned companies have held a complete monopoly over subcontracting for Aviagen, Inc., effectively forcing U.S. citizens to either work under exploitative conditions or face unemployment. Illegal workers from Mexico and Guatemala are often paid under false names or in cash, with Sun Poultry Service, Inc. taking a substantial portion of their wages. This wage scheme has proven immensely profitable for the company, but it has come at the expense of American workers.

The core of my lawsuit is centered on the fact that Aviagen, Inc., by allowing these illegal employment practices to continue, has undermined my pride as a U.S. citizen who dedicated over 30 years to the poultry industry. My termination and the breakdown of my family are a direct result of these large-scale employment violations. The pride I once had in my profession has been destroyed, along with my ability to support my family.

For 24 years, Aviagen Inc., has turned a blind eye to these illegal operations, allowing its subcontractor, Sun Poultry Service, Inc., to engage in large-scale employment of illegal workers without proper oversight or management. These illegal practices continue to this day, resulting in significant job losses for U.S. citizens and denying us the opportunity to seek justice.

Through this lawsuit, I am asking the court to address these unprecedented and illegal operations that have caused immense harm, not just to me, but to countless other American workers. I urge the court to take legal measures to regulate and rectify this situation so that no more U.S. citizens are unlawfully displaced from their jobs due to illegal labor practices.

Operating a company for 24 years under such blatant disregard for U.S. labor laws, with no I-9 forms, fraudulent wage schemes, and the large-scale employment of undocumented workers, must never be allowed to happen again. My family has been destroyed, and we are now struggling financially. The illegal termination I experienced is just one example of how far these companies have gone in their disregard for the law. Now, an undocumented worker from Mexico, who entered the U.S. illegally, is doing my job while I have been left with nothing.

I am seeking legal protection, not only for myself but for all U.S. citizens who have proudly worked as skilled professionals and who deserve fair and lawful treatment. I ask that the court prevent such large-scale illegal practices from ever happening again, to ensure that American workers are protected from exploitation and unlawful job displacement.

I hope that you will strongly regulate the law so that American citizens will not suffer from extreme discrimination, mental anguish, and even dismissal due to Aviagen, Inc. knowingly

and tolerating the large-scale illegal employment and illegal operations of its subcontractors for 24 years and even cooperating with them.

Sincerely,
Kwang Yong Shin

09 / 10 / 2024

Address: 1913 Dilcrest Dr, Duluth GA, 30096

Cell: 678-209-9966

Email: Kwangshin15900@gmail.com





# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION



*CIS Registration No.* A073521356

*Personal description of holder as of date of naturalization:*

*Date of birth:*

*Sex:* MALE

*Height:* 5 *feet* 7 *inches*

*Marital status:* MARRIED

*Country of former nationality:* KOREA

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Shin Kwang

*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security* at MEMPHIS, TENNESSEE

*The Secretary having found that:* KWANG YONG SHIN

*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

US DISTRICT COURT EASTERN TENNESSEE

at GREENEVILLE, TENNESSEE on MAY 12, 2010

*that such person is admitted as a citizen of the United States of America.*

*Director, U. S. Citizenship and Immigration Services*

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

DEPARTMENT OF HOMELAND SECURITY

FORM N-550 REV. 4/04

9

IN THE CIRCUIT COURT OF
HAMILTON COUNTY, TENNESSEE

KWANG YONG SHIN,       )
                       )
        Plaintiff,     )
                       )   Case No. 19 D 409
v.                     )
                       )   Div. II
MAK NYEO SHIN,         )
                       )
        Defendant.     )

FILED IN OFFICE
2019 JUN 20 AM 8:38
LARRY L. HENRY, CLERK
BY _____

## FINAL DECREE OF DIVORCE

This case is before the Court upon the Complaint for divorce alleging irreconcilable differences. It appearing to the Court that the parties have reached an agreement and have submitted a Marital Dissolution Agreement. The Court finds that all of the parties' marital property has been equitably distributed to the parties and that; therefore, a divorce should be granted on the grounds of irreconcilable differences, it is, therefore,

## ORDERED, ADJUDGED AND DECREED:

1.      That the bonds of matrimony heretofore existing between the parties be and the same are hereby forever dissolved, absolutely and perpetually, and the parties are granted an absolute divorce, each from the other and each of the parties shall have restored to them all rights and privileges of unmarried persons.

2.      That the Marital Dissolution Agreement entered into on the 20th day of June, 2019, and executed by both parties shall be and the same is hereby incorporated in and made a part of this Final Decree and the provisions and conditions of said Agreement are hereby adopted and approved as the judgment of this Court and the parties are ordered to comply with each and every provision of said Agreement as part of the judgment and Order of this Court.

3. Costs of this cause are hereby adjudged against the Plaintiff.

4. That the parties be noticed that pursuant to T.C.A. § 36-4-134, this decree does not necessarily affect the ability of a creditor to proceed against a party or a party's property, even though the party is not responsible under the terms of this decree for an account, any debt associated with an account or any debt. It may be in a party's best interest to cancel, close or freeze any jointly-held account.

Enter this the 20ᵗʰ day of June, 2018.

_____
JUDGE

**APPROVED FOR ENTRY:**

LAW OFFICE OF W. THOMAS BIBLE, JR.

BY: _____
Charles W. Wheland, III BPR 30401
Attorney for Plaintiff
518 Georgia Avenue
Chattanooga, TN 37403
(423) 551-3143 / Fax (423) 551-3143

BY: _Mak Shin_____
Mak Nyeo Shin

Summer M. Gholston
Exp: 03-14-2021

STATE OF TENNESSEE NOTARY PUBLIC — SUMMER M. GHOLSTON — MARION COUNTY

## IN THE CIRCUIT COURT OF
## HAMILTON COUNTY, TENNESSEE

FILED IN OFFICE
2019 FEB 21 PM 2:32
LARRY L. HENRY, CLERK
BY _____ DC

KWANG YONG SHIN,   )
   )
   Plaintiff,   )
   )   Case No. 19D409
v.   )
   )   Div.
MAK NYEO SHIN,   )
   )
   Defendant.   )

## MARITAL DISSOLUTION AGREEMENT

This Marital Dissolution Agreement is made between KWANG YONG SHIN, hereinafter called Husband, and MAK NYEO SHIN, hereinafter called Wife.

### WITNESSETH:

WHEREAS, the parties hereto are husband and wife; and

WHEREAS, these parties have been married since May 25, 1996; and

WHEREAS, the parties children have all reached the age of majority; and

WHEREAS, each party waives any objection they may have as to venue; and

WHEREAS, certain differences and difficulties have arisen between the parties, and a divorce action in which irreconcilable differences is alleged as a ground has been instituted in the Circuit Court for Hamilton County, Tennessee, and they have no expectation of resuming their marital relationship; and

WHEREAS, the parties desire by this agreement to make an equitable division of all their property which settles and determines all claims for alimony, which divides all property, both real and personal, owned by them or either of them, and which divides responsibility for all current indebtedness incurred during marriage; and

NOW, THEREFORE, in consideration of the mutual promises, covenants, and undertakings

hereinafter more fully set forth, and for other good and valuable considerations, the parties agree as follows:

1. PERSONAL PROPERTY: All personal property has already been equitably divided and is now in the possession of each party. All personal property now in the possession of each party is property of the party possessing it.

2. REAL PROPERTY: The parties do not own real property.

3. AUTOMOBILES: The 2013 Hyundai Sonata GLS titled solely in Husband's name shall be retained by Husband. Husband shall be responsible for any debt owed on the vehicle while holding Wife harmless thereon. The 2016 Honda Civic LX titled in Wife's name shall be retained by Wife. Wife shall be responsible for any debt owed on the vehicle while holding Husband harmless thereon.

4. HEALTH INSURANCE: Neither party carries health insurance on the other party.

5. DEBT: Each party shall be responsible for any debts in their own individual names while holding the other harmless thereon.

6. BANK ACCOUNTS: The parties do not have any joint bank accounts. Each party is awarded any bank account in their own individual names.

7. RETIREMENT ACCOUNTS: Each party is awarded any retirement accounts in their own individual names.

8. ALIMONY: Each party waives any right, title and interest that they may have to alimony.

9. COURT COSTS: The parties shall evenly split the court costs incurred as a result of the pending action for absolute divorce based on the grounds of irreconcilable differences.

10. ATTORNEY'S FEES: Each party shall be responsible for their own attorneys' fees.

11. ADDITIONAL INSTRUMENTS: Each of the parties shall execute, acknowledge, and deliver all instruments and documents in writing which shall reasonably be required for the purposes of effectuating the provisions and intent of this Marital Dissolution

Agreement.

12. ENFORCEMENT PROVISION: In the event it becomes reasonably necessary for either party to engage in legal proceedings to procure enforcement of any provision of this Marital Dissolution Agreement, the successful party shall be entitled to a judgment for reasonable expenses incurred in prosecuting such action including, but not limited to, attorney fees and court costs.

13. Subject to the provisions of this Marital Dissolution Agreement, Wife shall not at any time after execution of this Marital Dissolution Agreement incur any debt or obligation for which Husband or his estate may be or become liable. If Wife does incur such a debt, Wife shall indemnify and hold harmless Husband to the full extent of the amount of the debt, including interest, expenses, legal expenses, and attorneys' fees. Subject to the provisions of this Marital Dissolution Agreement, Husband shall not at any time after execution of this Marital Dissolution Agreement incur any debt or obligation for which Wife or her estate may be or become liable. If husband does incur such a debt, Husband shall indemnify and hold harmless Wife to the full extent of the amount of the debt, including interest, expenses, legal expenses, and attorneys' fees.

14. Except as may otherwise be expressly provided in this Marital Dissolution Agreement, Wife and Husband hereby waive, release, renounce, relinquish, and quitclaim all claims and rights which either of them ever had, now has, or may hereafter have, to share in any capacity or to any extent whatsoever, in the property or estate of the other, whether by way of statutory allowance, dower, distribution in intestacy, right of election against the will of the other, or otherwise under the present or future laws of any jurisdiction. Except as expressly reserved to the parties in this Marital Dissolution Agreement, each party by these presents does for himself or herself and his or her heirs, legal representatives, executors, administrators, and assigns, remise, release, and forever discharge the other of

all claims, causes of action, demands, and rights, in law or equity, which either party ever had or now has against the other, except any and all causes of action for divorce.

15. Pursuant to 11 U.S.C. § 101 Et Seq. any domestic support obligation listed within this agreement or in any addendum thereto is non-dischargeable.

16. The parties desire that this Marital Dissolution Agreement be incorporated as a part of any final judgment of divorce that may hereafter be entered in the Circuit Court of Hamilton County, Tennessee, or in any other Court having appropriate jurisdiction of the parties, and to that end agree that it shall be submitted to the Court for its ratification and approval.

17. This Marital Dissolution Agreement constitutes the entire understanding of the parties. There are no agreements or understandings between them, other than those agreements and understandings expressly mentioned in this Marital Dissolution Agreement. There have been no representations or warranties made by either party to the other party, or by anyone on behalf of them, other than those expressly mentioned in this Marital Dissolution Agreement. This Marital Dissolution Agreement, Permanent Parenting Plan inclusive, supersedes and merges any and all prior agreements between the parties, including both oral and written prior agreements.

18. The parties understand and agree that this Marital Dissolution Agreement is entered into without any undue influence, fraud, coercion, or misrepresentation, or for any reason not herein stated. The parties have had ample opportunity to obtain legal representation in connection with the negotiation and preparation of this Marital Dissolution Agreement. Each party acknowledges that he/she has read this Marital Dissolution Agreement, that it is fair and equitable, and that it is being entered into voluntarily. Each party agrees to abide by the provisions of this Marital Dissolution Agreement.

Notice: Pursuant to T.C.A §36-4-134 this Marital Dissolution Agreement does not affect

4

the ability of creditors to proceed against either husband's or wife's property, even though husband or wife is not responsible under the terms of this Marital Dissolution Agreement for an account, any debt associated with an account or any debit; the parties agree that it may be in each parties' best interest to cancel, close or freeze any jointly held accounts.

Notice: As required by T.C.A. §56-7-2366, both parties acknowledge that neither party carries health insurance on the other.

STATE OF TENNESSEE      )
COUNTY OF HAMILTON     )

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, Kwang Yong Shin, with whom I am personally acquainted, and who acknowledged that he executed the within Marital Dissolution Agreement for the purposes therein contained.

_____
Kwang Yong Shin

This the 16th day of January, 2018.

Notary Public: _____
My Commission Expires: 11/24/2019

STATE OF Tennessee    )
COUNTY Sequatchie    )

Personally appeared before me, the undersigned, a Notary Public in and for said County and State, Mak Nyeo Shin, with whom I am personally acquainted, and who acknowledged that he executed the within Marital Dissolution Agreement for the purposes therein contained.

_____
Mak Nyeo Shin

This the 6 day of December, 2018.

Notary Public: _____
My Commission Expires: 03/14/2021

I, Mak Nyeo Shin, understand that Attorney Charles W. Wheland, III does not represent me in this action and that he solely represents my Wife. I have the right to have the documents prepared in connection with this action reviewed by legal counsel and waive such right.

_12-6 18_
Date

_Mak Shin_
Mak Nyeo Shin

Summer M. Gholston
Exp: 03-14-2021

# IN THE CIRCUIT COURT OF HAMILTON COUNTY, TENNESSEE

## CERTIFICATE AND SEAL

I, LARRY L. HENRY, Clerk, of the Circuit Court in and for the State and County aforesaid, hereby certify that the foregoing is a full, true and correct copy of the Final Divorce Decree And Mda in the case of:

KWANG YONG SHIN

VS.

MAK NYEO SHIN

DOCKET NO. 19D409

as the same appears of record in Minute Book II-151, Page 176 and filed in my office .

Witness my hand and seal of the Court, this _24_ day of _____August_____, 20_24_

LARRY L. HENRY, CLERK

By: _____
                    DEPUTY CLERK





# Appointments and Visits

## Upcoming Visits

There are no upcoming visits to display.

## Past Visits

3 Months Ago  ○

| MAY 2 2024 | Emergency Department |
|---|---|
| | CHI Memorial Hospital Hixson Emergency Department |

1 Year Ago  ○

| APR 21 2023 | Emergency Department | APR 20 2023 | Emergency Department |
|---|---|---|---|
| | CHI Memorial Hospital Hixson Emergency Department | | CHI Memorial Hospital Hixson Emergency Department |

| FEB 27 2023 | Emergency Department | JAN 24 2023 | Emergency Department |
|---|---|---|---|
| | CHI Memorial Hospital Hixson Emergency Department | | CHI Memorial Hospital Hixson Emergency Department |

| DEC 10 2022 | Emergency Department | SEP 12 2021 | Emergency Department |
|---|---|---|---|
| | CHI Memorial Hospital Hixson Emergency Department | | CHI Memorial Hospital Hixson Emergency Department |

# Appointment Details

Notes

## ED Provider Notes

Nicholas Laney at 2/27/2023  8:41 PM

> ### Attestation signed by Angela S Ray at 2/28/2023  5:05 AM
>
> I have reviewed the notes, assessments, and/or procedures performed by Lany Nicholas NP, I concur with her/his documentation of Ellen Yoonah Shin.

Patient History
**Chief Complaint**
Patient presents with
- Chest Pain
- Anxiety

23-year-old female presents with complaint of anxiety and chest pain.  The patient states that she started taking Lexapro approximately 4 days ago and is concerned this could be related to that.  The patient denies any headache, dizziness, syncope, shortness of breath, nausea, vomiting, diarrhea, and/or blood in urine or stool.  At the time of this interview the patient is in no apparent distress, her vitals are within normal limits, the patient is not hypoxic/febrile/tachycardic/hypotensive.  Patient's medical history includes anxiety and SVT.

No Known Allergies

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • SVT (supraventricular tachycardia) (HCC) | |

History reviewed. No pertinent surgical history.

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Hyperlipidemia | Mother | |

**Social History**

Tobacco Use
- Smoking status:      Never Smoker
- Smokeless tobacco:   Never Used
Substance Use Topics
- Alcohol use:         Not Currently
- Drug use:            Never

Review of Systems
Review of Systems
Constitutional: Negative for activity change, appetite change, chills, fatigue and fever.
HENT: Negative for congestion, ear pain, hearing loss, rhinorrhea, sinus pain, sore throat, tinnitus and trouble swallowing.
Eyes: Negative for photophobia, pain and visual disturbance.
Respiratory: Negative for cough, chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, blood in stool, diarrhea, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative for decreased urine volume, dysuria, flank pain and hematuria.
Musculoskeletal: Negative for back pain, neck pain and neck stiffness.
Skin: Negative for color change and rash.
Allergic/Immunologic: Negative.
Neurological: Negative for dizziness, syncope, speech difficulty, weakness and headaches.
Hematological: Negative.
Psychiatric/Behavioral: Negative for confusion. The patient is not nervous/anxious.

Physical Exam
**Initial Vital Signs:**
BP: 120/82, Pulse: 87, Temp: 98.2 °F (36.8 °C), Resp: 18, Height: 154.9 cm (5' 1"), Weight: 54.4 kg (120 lb), SpO2: 99 %

**Vitals:**
BP 125/80 | Pulse 82 | Temp 98.2 °F (36.8 °C) (Oral) | Resp 18 | Ht 1.549 m (5' 1") | Wt 54.4 kg (120 lb) | SpO2 97% | BMI 22.67 kg/m²

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
   General: She is not in acute distress.
   Appearance: Normal appearance. She is normal weight.
HENT:
   Head: Normocephalic and atraumatic.
   Right Ear: External ear normal.
   Left Ear: External ear normal.
   Nose: Nose normal.
   Mouth/Throat:
   Mouth: Mucous membranes are moist.
   Pharynx: Oropharynx is clear.
Eyes:
   General: No scleral icterus.
   Extraocular Movements: Extraocular movements intact.
   Conjunctiva/sclera: Conjunctivae normal.

Pupils: Pupils are equal, round, and reactive to light.
Neck:
Vascular: No carotid bruit.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulses: Normal pulses.
Heart sounds: Normal heart sounds. No murmur heard.

Pulmonary:
Effort: Pulmonary effort is normal. No respiratory distress.
Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No swelling, deformity or signs of injury. Normal range of motion.
Cervical back: Normal range of motion and neck supple. No tenderness.
Lymphadenopathy:
Cervical: No cervical adenopathy.
Skin:
General: Skin is warm and dry.
Capillary Refill: Capillary refill takes less than 2 seconds.
Findings: No erythema or lesion.
Neurological:
General: No focal deficit present.
Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.
Cranial Nerves: No cranial nerve deficit.
Sensory: No sensory deficit.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

ED Course & MDM
**ED Course** as of Feb 27 2145
**Mon Feb 27, 2023**
2039    ECG as interpreted by me shows a sinus
        rhythm with a mild sinus arrhythmia, no acute
        ischemic changes or ectopic beats.
        **ECG 12 lead** [NL]
2041    Chest x-ray as interpreted by me shows no
        acute cardiopulmonary abnormality.
        **X-ray chest PA and lateral** [NL]

**ED Course User Index**
[NL] Nicholas Laney, NP

**Results for orders placed or performed during the hospital encounter of 02/27/23 (from the past 24 hour(s))**
**ECG 12 lead    Status: None (In process)**
Collection Time: 02/27/23  6:12 PM

| Result | Value | Ref Range |
|---|---|---|
| DIAGNOSIS CLASS (MCT) | Borderline Abnormal | |
| VENTRICULAR RATE EKG/MIN | 87 | BPM |
| ATRIAL RATE (MCT) | 87 | BPM |
| PR Interval | 164 | ms |

| | | |
|---|---|---|
| QRS-INTERVAL (MSEC) | 74 | ms |
| QT Interval | 374 | ms |
| QTC Interval | 450 | ms |
| P Axis | 38 | degrees |
| R AXIS (MCT) | 33 | degrees |
| T Wave Axis | 18 | degrees |

Muse Diagnosis
Normal sinus rhythm with sinus arrhythmia
Normal ECG
When compared with ECG of 24-JAN-2023 05:49,
No significant change was found

## hCG, Serum Qualitative    Status: Normal
Collection Time: 02/27/23  7:21 PM

| Result | Value | Ref Range |
|---|---|---|
| HCG Qualitative, Serum | Negative | Negative |

## CBC with Automated Differential    Status: None
Collection Time: 02/27/23  7:22 PM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 4.8 | 4.5 - 10.5 K/uL |
| RBC | 4.75 | 4.00 - 5.60 M/uL |
| Hemoglobin | 14.0 | 12.0 - 16.0 g/dL |
| Hematocrit | 41.2 | 36.0 - 48.0 % |
| MCV | 86.7 | 80.0 - 100.0 fL |
| MCH | 29.5 | 26.0 - 34.0 pg |
| MCHC | 34.0 | 32.0 - 36.0 g/dL |
| RDW | 12.6 | 12.0 - 16.0 % |
| Platelet Count | 352 | 150 - 400 K/uL |
| MPV | 9.5 | 9.2 - 13.0 fL |
| % Neut | 56.4 | % |
| % Lymphs | 31.8 | % |
| % Monos | 8.5 | % |
| % Eos | 1.9 | % |
| % Baso | 1.2 | % |
| % Immature Grans | 0.2 | % |
| # Neut | 2.73 | 2.02 - 8.40 K/uL |
| # Lymphs | 1.54 | 0.67 - 4.30 K/uL |
| # Monos | 0.41 | 0.21 - 1.20 K/uL |
| # Eos | 0.09 | 0.00 - 0.53 K/uL |
| # Baso | 0.06 | 0.00 - 0.16 K/uL |
| # Immature Grans | 0.01 | 0.00 - 0.11 K/uL |

## Basic Metabolic Panel    Status: Abnormal
Collection Time: 02/27/23  7:22 PM

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 138 | 135 - 148 mmol/L |
| Potassium | 3.3 (L) | 3.5 - 5.3 mmol/L |
| Chloride | 108 | 96 - 112 mmol/L |
| CO2 | 25 | 24 - 34 mmol/L |
| Calcium | 9.2 | 8.5 - 10.4 mg/dL |
| Glucose | 93 | 60 - 99 mg/dL |
| BUN | 8 | 6 - 23 mg/dL |
| Creatinine | 0.63 | 0.55 - 1.02 mg/dL |
| eGFR, Non-African American | 126 | >60 mL/min |
| eGFR, African American | 147 | >60 mL/min |

## Magnesium    Status: Normal
Collection Time: 02/27/23  7:22 PM

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 2.2 | 1.6 - 2.4 mg/dL |

## Troponin I    Status: Normal
Collection Time: 02/27/23  7:22 PM

| Result | Value | Ref Range |
|---|---|---|

| Troponin I (pg/mL) | 6 | <54 pg/mL |
|---|---|---|

X-ray chest PA and lateral    (Results Pending)

Medications – No data to display

## ED Heart Score

| Date and Time | History | ECG | Age | Risk factors | Troponin | Total | User |
|---|---|---|---|---|---|---|---|
| 02/27/23 2140 | 0 | 0 | 0 | 0 | 0 | 0 | NL |

Procedures

## MDM
### Number of Diagnoses or Management Options
Anxiety
Chest pain, unspecified type
Diagnosis management comments: 23-year-old female that presented with anxiety and associated chest pain. The patient states that she got anxious about her blood pressure being elevated over 90 systolic, she also states that she started taking Lexapro approximately 4 days ago and is afraid this may be causing her to have the chest pain. I explained to the patient that chest pain and tachypnea can be a side effect of anxiety, and that the Lexapro typically does not have associated side effect such as this  The patient asked if she could take something different, I stated that I would put her on a low-dose buspirone, and have her follow-up with her primary care physician. I stated that SSRIs typically take 4 to 6 weeks before they become active in your system, and that she was likely not experiencing any side effects from this medication. The patient stated that she was having anxiety about this, and feels like it would be better to just change before she gets too far into the treatment.

CBC was unremarkable.
BMP revealed a mild hypokalemia, this is likely side effect of the Lexapro. I advised the patient to increase her daily intake of vitamin rich fruits and vegetables, as well as look into a strong multivitamin.
Magnesium 2.2
Troponin 6
ECG was unremarkable.
Chest x-ray was unremarkable.

I have completed a HEART score to screen for Major adverse cardiac event in this patient. The evidence indicates that the patient is very low risk for MACE and this is consistent with my clinical intuition. The risk of further work-up or hospitalization for MACE is likely higher than the risk of the patient having a MACE. It is, therefore, and the patient's best interest not to do additional emergent testing to be hospitalized for MACE. I have discussed with the patient my clinical impression and the result of the HEART score to screen for MACE, as well as the risks of further testing and hospitalization. The HEART score shows that the risk of MACE is less than 1%.

The patient is complaining no other symptoms, on reevaluation she states that her anxiety is started to fade, she is no longer experiencing the chest pain, and her vital signs are within normal limits. The patient was given a prescription for buspirone, and will be discharged home.

I discussed this case with my attending Dr. Angela Ray, she agrees that this patient is appropriate for discharge and outpatient follow-up.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the radiology section of CPT®: ordered and reviewed
Decide to obtain previous medical records or to obtain history from someone other than
the patient: yes
Review and summarize past medical records: yes
Discuss the patient with other providers: yes
Independent visualization of images, tracings, or specimens: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: low
Diagnostic procedures: low
Management options: low
General comments: The patient will pursue further outpatient evaluation with the primary
care provider and/or designated consulting physician as outlined in the discharge
instructions. The patient and caregivers are agreeable to this plan of care, and follow-up
instructions have been explained in detail. Patient and/or caregivers have received these
instructions in written format and have expressed an understanding of the discharge
instructions. The patient and/or caregivers are aware of any significant change in
condition or worsening of the symptoms that should prompt an immediate return to this or
the closest emergency department, or to call 911.

Patient Progress
Patient progress: stable

## Clinical Impression

**Clinical Impression**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| **Anxiety** | | Nicholas Laney, NP | 2/27/2023 9:43 PM |
| **Chest pain, unspecified type** | | Nicholas Laney, NP | 2/27/2023 9:43 PM |

## Disposition
Discharge [1] - 2/27/2023 9:43 PM

## Discharge Medications

**Medication List**

You have not been prescribed any medications.

## Plan

Nicholas Laney, NP
02/27/23 2145

Angela S Ray, MD

# ED Triage Notes

RN Chardonnee C at 2/27/2023 6:05 PM

Pt called EMS for chest pain
Pt started two new meds for anxiety and been having chest pressure and palpitations since then

Sinus tach at 110

EKG done in triage

# ◻ Encounter-Level Documents on 02/27/2023:

[Media Unavailable] Document on 2/27/2023 9:53 PM by Katherine Pinchak, RN: ED After Visit Summary
[Media Unavailable] Document on 2/27/2023 9:53 PM by Katherine Pinchak, RN: IP Discharge Attestation
[Media Unavailable] Electronic signature on 2/27/2023 9:44 PM - E-signed
[Media Unavailable] Scan on 2/28/2023 6:18 AM
[Media Unavailable] Scan on 2/28/2023 6:15 AM
[Media Unavailable] Scan on 2/28/2023 6:13 AM
[Media Unavailable] Scan on 2/27/2023 9:55 PM by Kimberly Hallman: PATIENT DEMOGRAPHIC AND PATIENT INFORMATION
[Media Unavailable] Scan on 2/27/2023 9:54 PM by Kimberly Hallman

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

# Appointment Details

Notes

# ED Provider Notes

Jared Kaminsky at 12/10/2022  7:33 AM

Procedure Orders

1. ECG/EKG Interpretation [390775456] ordered by Jared Kaminsky, DO

Patient History

**Chief Complaint**

Patient presents with
- Tachycardia

23-year-old female presents emergency department complaining of hot flashes and palpitations.  Patient states last night at around 10 or 11 PM felt that her body got warm and noticed that her heart rate was elevated.  Patient does have a history of SVT and is prescribed propranolol in the past.  Patient states her heart rate has remained 1 40-1 60 throughout the whole night and was unable to sleep.  Patient states 10 minutes prior to arrival, took 2 propranolol and called EMS.  Patient denies chest pain, shortness of breath, nausea, vomiting.  Patient denies fever.  Patient states she did get her COVID-vaccine yesterday

No Known Allergies

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:      Never Used

Substance Use Topics
- Alcohol use:                 Not Currently
- Drug use:                     Never

Review of Systems
Review of Systems
Constitutional: Negative for diaphoresis and fever.
HENT: Negative for rhinorrhea and sore throat.
Eyes: Negative for discharge and redness.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and leg swelling.
Gastrointestinal: Negative for abdominal pain, constipation, diarrhea, nausea and vomiting.
Genitourinary: Negative for dysuria and frequency.
Musculoskeletal: Negative for arthralgias and myalgias.
Skin: Negative for pallor and rash.
Neurological: Negative for numbness and headaches.
Psychiatric/Behavioral: Negative for hallucinations and suicidal ideas.
All other systems reviewed and are negative.

Physical Exam
**Initial Vital Signs:**
BP: 123/83, Pulse: 114, Temp: 99.2 °F (37.3 °C), Resp: 16, Height: 154.9 cm (5' 1"), Weight: 59.9 kg (132 lb), SpO2: 99 %

**Vitals:**
BP 106/63 | Pulse 100 | Temp 99.2 °F (37.3 °C) | Resp 16 | Ht 1.549 m (5' 1") | Wt 59.9 kg (132 lb) | SpO2 99% | BMI 24.94 kg/m²

**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
   Appearance: She is well-developed.
HENT:
   Head: Normocephalic and atraumatic.
   Mouth/Throat:
   Pharynx: No oropharyngeal exudate.
Eyes:
   Conjunctiva/sclera: Conjunctivae normal.
   Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
   Rate and Rhythm: Regular rhythm. Tachycardia present.
   Heart sounds: No murmur heard.
No friction rub. No gallop.
Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No wheezing or rales.
Abdominal:
   General: Bowel sounds are normal. There is no distension.
   Palpations: Abdomen is soft.
   Tenderness: There is no abdominal tenderness.
Musculoskeletal:
   Cervical back: Neck supple.
Lymphadenopathy:
   Cervical: No cervical adenopathy.
Skin:
   General: Skin is warm and dry.
   Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
   Mental Status: She is alert and oriented to person, place, and time.
   Cranial Nerves: No cranial nerve deficit.
Psychiatric:

Behavior: Behavior normal.

<u>Neurologic Exam</u>

<u>Mental Status</u>
Oriented to person, place, and time.

<u>Cranial Nerves</u>

CN III, IV, VI
Pupils are equal, round, and reactive to light.

Ortho Exam

ED Course & MDM
**ED Course** as of Dec 10 0922
**Sat Dec 10, 2022**
0919    Patient rechecked.  Patient resting in bed no
acute distress.  Heart rate 98
[JK]

**ED Course User Index**
[JK] Jared Ross Kaminsky, DO

**Results for orders placed or performed during the hospital encounter of 12/10/22 (from the past 24 hour(s))**
**CBC with Automated Differential    Status: Abnormal**
Collection Time: 12/10/22  8:35 AM

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.8 | 4.5 - 10.5 K/uL |
| RBC | 4.23 | 4.00 - 5.60 M/uL |
| Hemoglobin | 12.6 | 12.0 - 16.0 g/dL |
| Hematocrit | 37.4 | 36.0 - 48.0 % |
| MCV | 88.4 | 80.0 - 100.0 fL |
| MCH | 29.8 | 26.0 - 34.0 pg |
| MCHC | 33.7 | 32.0 - 36.0 g/dL |
| RDW | 12.5 | 12.0 - 16.0 % |
| Platelet Count | 261 | 150 - 400 K/uL |
| MPV | 9.4 | 9.2 - 13.0 fL |
| % Neut | 86.5 | % |
| % Lymphs | 8.1 | % |
| % Monos | 4.8 | % |
| % Eos | 0.0 | % |
| % Baso | 0.3 | % |
| % Immature Grans | 0.3 | % |
| # Neut | 6.72 | 2.02 - 8.40 K/uL |
| # Lymphs | 0.63 (L) | 0.67 - 4.30 K/uL |
| # Monos | 0.37 | 0.21 - 1.20 K/uL |
| # Eos | 0.00 | 0.00 - 0.53 K/uL |
| # Baso | 0.02 | 0.00 - 0.16 K/uL |
| # Immature Grans | 0.02 | 0.00 - 0.11 K/uL |

**Basic Metabolic Panel    Status: Abnormal**
Collection Time: 12/10/22  8:35 AM

| Result | Value | Ref Range |
|---|---|---|
| Sodium | 140 | 135 - 148 mmol/L |

| | | |
|---|---|---|
| Potassium | 3.8 | 3.5 - 5.3 mmol/L |
| Chloride | 113 (H) | 96 - 112 mmol/L |
| CO2 | 24 | 24 - 34 mmol/L |
| Calcium | 8.4 (L) | 8.5 - 10.4 mg/dL |
| Glucose | 123 (H) | 60 - 99 mg/dL |
| BUN | 8 | 6 - 23 mg/dL |
| Creatinine | 0.60 | 0.55 - 1.02 mg/dL |
| eGFR, Non-African American | 128 | >60 mL/min |
| eGFR, African American | 149 | >60 mL/min |

**hCG, Serum Qualitative    Status: Normal**
Collection Time: 12/10/22  8:35 AM

| Result | Value | Ref Range |
|---|---|---|
| HCG Qualitative, Serum | Negative | Negative |

**Magnesium    Status: Normal**
Collection Time: 12/10/22  8:35 AM

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 1.9 | 1.6 - 2.4 mg/dL |

**No orders to display**

## ECG/EKG Interpretation

Date/Time: **12/10/2022 9:20 AM**
Performed by: **Jared Ross Kaminsky, DO**
Authorized by: **Jared Ross Kaminsky, DO**
The ECG was interpreted by ED physician. There was no previous ECG available for comparison. The ECG is interpreted as sinus tachycardia. Rate is tachycardic. Conduction: conduction normal. ST segments normal. T waves normal. ECG reviewed and does not meet STEMI criteria.

## MDM
Number of Diagnoses or Management Options

Amount and/or Complexity of Data Reviewed
Clinical lab tests: ordered and reviewed
Tests in the medicine section of CPT®: reviewed and ordered
Decide to obtain previous medical records or to obtain history from someone other than the patient: yes
Review and summarize past medical records: yes

Risk of Complications, Morbidity, and/or Mortality
Presenting problems: low
Diagnostic procedures: low
Management options: low

Differential includes but is not limited to arrhythmia, anxiety, electrolyte abnormalities
Rhythm strip: Sinus tachycardia monitor
Oxygen saturation demonstrates no hypoxia

**Clinical Impression**

**Clinical Impression**

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| **Palpitations** | | Jared Ross Kaminsky, DO | 12/10/2022 9:20 AM |

| Disposition |
|---|

Discharge [1] - 12/10/2022 9:20 AM

| Discharge Medications |
|---|

### Medication List

You have not been prescribed any medications.

| Plan |
|---|

Discharged home in stable condition. Follow-up with PCP in 3 to 5 days. Return to the emergency department as needed with any concerns. Patient agrees with my plan of care and has no further questions.

Jared Ross Kaminsky, DO
12/10/22 0922

# ED Triage Notes

RN Krista C at 12/10/2022 7:21 AM

Pt started with tachycardia 8 hours after receiving covid vaccine at 1500 yesterday. Per pt her HR was in the 180s. She has a hx of SVT in the past. She took 20mg propanolol at 0640. Pt received 500 ml of NS by EMS. Pt denies chest pain, SOB, syncope, or dizziness.

# ▯ Encounter-Level Documents on 12/10/2022:

[Media Unavailable] Document on 12/10/2022 9:38 AM by Adam C Murray, RN: ED After Visit Summary
[Media Unavailable] Document on 12/10/2022 9:38 AM by Adam C Murray, RN: IP Discharge Attestation
[Media Unavailable] Electronic signature on 12/10/2022 8:28 AM - E-signed
[Media Unavailable] Scan on 12/11/2022 9:21 AM
[Media Unavailable] Scan on 12/11/2022 9:16 AM
[Media Unavailable] Scan on 12/10/2022 9:07 AM by Latonya Rogers: Patient Acknowledgement
[Media Unavailable] Scan on 12/10/2022 9:06 AM by Latonya Rogers: REAL Form

# Discharge Attachments

Palpitations Easy-to-Read (English)



DRIVER LICENSE

DUP  USA TN

*Tennessee*
THE VOLUNTEER STATE

NOT FOR REAL ID ACT PURPOSES

DL NO.
EXP 01/18/2027  ISS 03/17/2023
CLASS D
REST NONE  END NONE
SEX F  HGT 5-05  EYES BRO
DI
Shin
ALICE YOON SUN
1770A THRASHER PIKE
HIXSON, TN 37343



SOCIAL SECURITY

THIS NUMBER HAS BEEN ESTABLISHED FOR
ALICE
SHIN

SIGNATURE  01/05/2023
USA

# Social Security Administration
# Benefit Verification Letter

Date: August 26, 2024
BNC#: 24WQ878D19500
REF: DI

ELLEN SHIN FOR

HIXSON TN 37343-1745

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning August 2024, the current Supplemental Security Income payment is $628.67.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on April 22, 2021.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Date of Birth Information

The date of birth shown on our records is January 15, 1998.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

 

# Retirement Ready
## *Fact Sheet For Workers Ages 18-48*

## Retirement is different for everyone

Retirement is not one-size-fits-all. Because Social Security is more than just retirement benefits, we want to provide you with the information you need to plan for and make informed decisions about your future retirement.

## Earnings are essential

You have probably been paying Social Security and Medicare taxes (also known as FICA taxes, or SECA taxes if you are self-employed) since you first began working. Learn more about these taxes at ***ssa.gov/people/materials/pdfs/EN-05-10297.pdf***. Your *Social Security Statement* contains information about your earnings history and the Social Security and Medicare taxes you paid, and provides estimates for future retirement, disability, and survivors benefits. Use your *Statement* to check your earnings each year. These earnings are used to determine your eligibility for Social Security benefits and your benefit amount. If you see an error on your earnings record, report it to us. Learn how at ***ssa.gov/pubs/EN-05-10081.pdf***.

## Understanding your retirement benefits

Social Security is not meant to be your only source of income in retirement. On average, Social Security will replace about 40% of your annual pre-retirement earnings, although this can vary based on each person's circumstances. Your full retirement age is 67. Starting retirement benefits before your full retirement age (as early as age 62) lowers this percentage and starting benefits after your full retirement age (up to age 70) increases it. Learn more at ***ssa.gov/pubs/EN-05-10035.pdf***.

## Save for retirement

In addition to Social Security, you will likely need other savings, investments, pensions, or retirement accounts to live comfortably in retirement. Because your retirement could last 20 years or more, it is important to begin your financial planning as early as possible.

- If you have a workplace retirement plan, be sure to find out how it works so you can make the most of it. Your employer might match some or all of your plan contributions. If your employer does not offer a plan, there are other ways to save and invest on your own. Learn more about how to save at ***savingmatters.dol.gov/employees.htm***.
- The earlier you start saving, the more time you will have to build your retirement income. For more information on investing and saving, check out ***investor.gov***.
- Any amount you can save will add up over time. You can find a savings calculator at ***investor.gov/financial-tools-calculators/calculators/compound-interest-calculator***.



## Social Security will be there when you retire

The Social Security taxes you pay go into the Social Security Trust Funds that are used to pay benefits to current beneficiaries. The Social Security Board of Trustees estimates that, based on current law, the Trust Funds will be able to pay benefits in full and on time until 2034. In 2034, Social Security would still be able to pay about $800 for every $1,000 in benefits scheduled. Learn more at ***ssa.gov/ThereForMe***.

## Benefits last as long as you live

Your Social Security benefits last as long as you live. Our Life Expectancy Calculator can provide a rough estimate of how long you might live based on your age and gender: ***ssa.gov/planners/lifeexpectancy.html***.

## Unable to work due to a mental or physical disability

A disability can occur at any age. If you become unable to work at a certain earnings level due to a mental or physical disability, and you meet certain eligibility requirements, you and your family may be able to receive Social Security disability benefits. Learn more about disability benefits at ***ssa.gov/disability***. The Supplemental Security Income (SSI) program pays benefits to adults and children with disabilities who have limited income and resources. Learn more about SSI at ***ssa.gov/benefits/ssi/***.

## Benefits for family members

Social Security is here for you even before your retirement years. Children, widows, and widowers may receive survivors benefits to help them cope with the financial loss if you die. Learn more at ***ssa.gov/pubs/EN-05-10084.pdf***.

## Impact of other retirement plans

Most pensions or other retirement plans do not affect your Social Security benefits. But if you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. This work may have been for federal, state, or local government or in a foreign country. Learn more at ***ssa.gov/gpo-wep***.

## We are here for you

Social Security covers about 96% of American workers. To learn more about Social Security, visit ***ssa.gov***.



Securing today and tomorrow

## With you throughout life's journey

Remember that Social Security is with you throughout life's journey.
Learn how at ***ssa.gov/people/materials/pdfs/EN-05-10233.pdf***.

**Social Security Administration** I Publication No. 05-10704 I May 2023 I Produced and published at U.S. taxpayer expense

# Your Social Security Statement

ALICE SHIN

August 26, 2024

## Retirement Benefits

To get retirement benefits, you need 40 credits of work. Your record shows you have 1 credits at this time. This includes credits not yet reported on your earnings record from last year and this year if you continued to work.

Your full retirement age is **67**, based on your date of birth: January 15, 1998.

Learn more at _ssa.gov/benefits/retirement/learn.html_ .

## Disability Benefits

To get benefits if you become disabled right now, you need 11 credits of work. You had to earn these credits after you turned age 21 and before you became disabled. Your record shows you do not have enough credits at this time to receive disability benefits. Learn more at _ssa.gov/disability_.

## Survivors Benefits

For your family to get survivors benefits if you die this year, you must have 6 credits of work. Your record shows you have 1 credits at this time. Learn more at _ssa.gov/survivors_.

## How Credits Help You Qualify for Benefits

You need 40 credits to become eligible (also known as being fully insured) for retirement benefits. You can still earn credits and become fully insured if you work. You can earn up to four credits per year. The amount needed for a credit rises most years. You can find the current amount at _ssa.gov/benefits/retirement/planner/credits.html_ .

## Medicare

To get Medicare benefits at age 65, you need 40 credits of work. Your record shows you have 1 credits at this time. However, even if you don't have enough credits when you reach age 65, you may contact Social Security to learn whether you are eligible to buy Medicare coverage.

Medicare is the federal health insurance program for people:

- age 65 and older,
- under 65 with certain disabilities, and
- of any age with End-Stage Renal Disease (ESRD) (permanent kidney failure requiring dialysis or a kidney transplant).

For more information about Medicare, visit _medicare.gov_ or _ssa.gov/medicare_ or call **1-800-MEDICARE (1-800-633-4227)** (TTY **1-877-486-2048**).

## Earnings Record

Review your earnings history below to ensure it is accurate because we base your future benefits on our record of your earnings. There's a limit to the amount of earnings you pay Social Security taxes on each year. Earnings above the limit do not appear on your earnings record. **If you find an error,** view your full earnings record online and call **1-800-772-1213**.

| Work Year | Earnings Taxed for Social Security | Earnings Taxed for Medicare (began 1966) |
|---|---|---|
| 2016 | $1,748 | $1,748 |
| 2017 | $0 | $0 |
| 2018 | $0 | $0 |
| 2019 | $0 | $0 |
| 2020 | $0 | $0 |
| 2021 | $0 | $0 |
| 2022 | $0 | $0 |
| 2023 | $34 | $34 |

## About Possible Future Benefits

You and your family may become eligible for benefits if you work and earn enough credits:
- Social Security may help you if you become disabled - even at a young age.
- When you die, your family may be eligible to receive survivors benefits.
- The Social Security credits you earn move with you from job to job throughout your career.
- You can learn more about Social Security credits at *ssa.gov/benefits/retirement/planner/credits.html.*

## Taxes Paid

Total estimated Social Security and Medicare taxes paid over your working career based on your Earnings Record:

| **Social Security taxes** | **Medicare taxes** |
|---|---|
| You paid: $110 | You paid: $25 |
| Employer(s): $110 | Employer(s): $25 |

## Earnings Not Covered by Social Security

You may also have earnings from work not covered by Social Security, where you did not pay Social Security taxes. This work might have been for federal, state, or local government or in a foreign country. If you participate in a retirement plan or receive a pension based on work for which you did not pay Social Security tax, it could lower your benefits. Learn more at *ssa.gov/gpo-wep* .

## Important Things to Know about Your Social Security Benefits

- Social Security benefits are not intended to be your only source of retirement income. You may need other savings, investments, pensions, or retirement accounts to make sure you have enough money when you retire.
- You need at least 10 years of work (40 credits) to qualify for retirement benefits. Your benefit amount is based on your highest 35 years of earnings. If you have fewer than 35 years of earnings, years without work count as 0 and may reduce your benefit amount.
- If you get retirement or disability benefits, your spouse and children also may qualify for benefits.
- If you and your spouse both work, use the *my* Social Security Retirement Calculator to estimate spousal benefits.
- If you are divorced and were married for 10 years, you may be able to claim benefits on your ex-spouse's record.
- Learn more about benefits for you and your family at *ssa.gov/benefits/retirement/planner/applying7.html* .
- When you are ready to apply, visit *ssa.gov/benefits/retirement/apply.html* .
- The *Statement* is updated annually. It is available online, or by mail upon request.

**Date:** Thursday, August 29, 2024

**Facility:** Hamilton County Adult Center

**TennCare Renewal Date:** UNKNOWN

## Client Information

| | |
|---|---|
| **Name:** | Alice Shin |
| **Address:** | ▬▬▬▬▬ |
| | HIXSON, TN 37343-1745 |
| **Phone:** (423) 362-2496 | **SSN:** |
| **DOB:** ▬▬▬ | **Client ID:** 158608 |
| **Age:** 26 | **CMHC ID:** |

**Notes:** Term from HL 6/28/24

8/22 Client was term from hL due to moving out of state. Client have move to GA. Client is not eligble for doxy videos will have to come in person.

## Appointment Information

| | |
|---|---|
| **Staff:** | Hirschkorn, Tammy APN |
| **Start Time:** | 4:00 pm |
| **Type:** | Follow Up- Adult- JIT |
| **Duration:** | 15 |
| **Notes:** | |

**Annual Rights Acknowledgement:** 08/31/2020
**Date GFE Provided:**
**Date of Renewal:**

**Directive:**

**Start Date:**

## Insurance Information

**Financial Class:** TennCare

| # | Carrier Name | Effective Dates | Subscriber ID | Insurance Verification |
|---|---|---|---|---|
| 1 | Wellpoint | 5/8/2022 | 732823563 | Active: Verified by Sheryl.black on 2/5/2024 |
| 2 | yyWellpoint FFS | 5/8/2022 | 732823563 | Active: Verified by Sheryl.black on 2/5/2024 |
| 3 | Safety Net Grant | 8/19/2020 - 8/16/2021 | 004987951 | Inactive: Verified by tammy.webb on 8/16/2021 |
| 4 | yySafety Net GrantFFS | 8/19/2020 - 8/16/2021 | 004987951 | Inactive: Verified by tammy.webb on 8/16/2021 |
| 5 | Ambetter of TN | 1/1/2022 - 12/31/2022 | U9321836503 | Inactive: Verified by Vickie.Allen on 5/31/2023 |

fuA— 3 months

## If You Have Questions

## Need more help?

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-866-964-0029**.

SOCIAL SECURITY
SUITE 140
1290 PREMIER DR
CHATTANOOGA TN 37421

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

 

TENNESSEE DEPARTMENT OF HEALTH
**CERTIFICATE OF DEATH**

STATE FILE NUMBER 2022 032438

| 1. Decedent's Legal Name | | | | 2. Sex | 3. Date of Death |
|---|---|---|---|---|---|
| HEENAM PARK | | | | FEMALE | ▮ |

| 4. Time of Death (hours) | 5a. Age | 6. Date of Birth | 7. Birthplace |
|---|---|---|---|
| 12:36 PM | 84 | ▮ | SOUTH KOREA |

| 8a. Place of Death |
|---|
| DECEDENT'S HOME |

| 8b. Facility Name | 8c. City or Town | 8d. County of Death |
|---|---|---|
| 1770-A THRASHER PIKE | HIXSON | HAMILTON |

| 9. Marital Status | 10. Surviving Spouse (name prior to first marriage) | 11a. Decedent's Usual Occupation | 11b. Kind of Business/Industry |
|---|---|---|---|
| WIDOWED | | HOMEMAKER | OWN HOME |

| 12. Social Security Number | 13a. Residence-State or Foreign Country | 13b. County | 13c. City or Town |
|---|---|---|---|
| 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 | TENNESSEE | HAMILTON | HIXSON |

| 13d. Street and Number | 13e. Inside City Limits? | 13f. Zip Code | 14. Was Decedent ever in US Armed Forces? |
|---|---|---|---|
| 1770-A THRASHER PIKE | NO | 37343 | NO |

| 15. Decedent's Education | 16. Decedent of Hispanic Origin? | 17. Decedent's Race |
|---|---|---|
| 8TH GRADE OR LESS | NO, NOT SPANISH/HISPANIC/LATINO | KOREAN |

| 18. Father's Name | 19. Mother's Name Prior to First Marriage |
|---|---|
| HWA MOK PARK | DORI YU |

| 20a. Informant's Name | 20b. Relationship to Decedent | 20c. Mailing Address |
|---|---|---|
| ELLEN SHIN | GRANDDAUGHTER | 1770-A THRASHER PIKE, HIXSON, TN 37343 |

| 21a. Method of Disposition | 21b. Place of Disposition | 21c. Location |
|---|---|---|
| BURIAL | HAMILTON MEMORIAL GARDENS | HIXSON, TN. |

| 22a. Signature of Funeral Director | 22b. License Number | 22c. Signature of Embalmer | 22d. License Number |
|---|---|---|---|
| ▶ /s/ ELLIS RUSSELL FORD | 6856 | ▶ /s/ TIFFANY NICOLE VINCENT | 20092 |

| 23a. Name and Address of Funeral Home | 23b. License Number |
|---|---|
| CHATTANOOGA F.H., CREMATORY & FLORIST - NORTH CHAPEL, P.O. BOX 9, HIXSON, TN 37343 | 414 |

| 24. Registrar's Signature | 25. Date Filed |
|---|---|
| ▶ /s/ EDWARD G BISHOP III | 05/12/2022 |

26. Certifier

26a. ☒ PHYSICIAN – TO THE BEST OF MY KNOWLEDGE, DEATH OCCURRED AT THE DATE, TIME, AND PLACE, AND DUE TO THE CAUSE(S) AND MANNER STATED.
26b. ☐ MEDICAL EXAMINER – ON THE BASIS OF EXAMINATION, AND/OR INVESTIGATION, IN MY OPINION, DEATH OCCURRED AT THE DATE, TIME, AND PLACE AND DUE TO THE CAUSE(S) AND MANNER STATED.

| 27a. Certifier | 27b. License Number | 27c. Date Signed |
|---|---|---|
| ▶ /s/ GUY FAIN | 14797 | 05/11/2022 |

| 27d. Name and Address |
|---|
| GUY FAIN 4411 OAKWOOD DRIVE, CHATTANOOGA, TN 37416 |

28. Part I. ENTER THE CHAIN OF EVENTS (DISEASES, INJURIES, OR COMPLICATIONS) THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. ENTER ONLY ONE CAUSE ON A LINE.

| | | Approximate Interval Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death). Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST. | a. GLIOBLASTOMA OF FRONTAL LOBE OF BRAIN | UNKNOWN |
| | b. | |
| | c. | |
| | d. | |

Part II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

29a. Was an Autopsy Performed? NO
29b. Were Autopsy Findings Available to Complete the Cause of Death?

| 30. Manner of Death | 31. Did Tobacco Use Contribute to Death? | 32. If Female: |
|---|---|---|
| NATURAL | UNKNOWN | NOT PREGNANT WITHIN PAST YEAR |

| 33. If Transportation Injury, Specify: | 34a. Date of Injury | 34b. Time of Injury | 34c. Injury at Work? | 34d. Place of Injury |
|---|---|---|---|---|
| | 34e. Describe How Injury Occurred | | | 34f. Location of Injury |

PH-1659E

RDA 10112

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

14043702

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977



Edward G. Bishop III
State Registrar

Lisa Piercey, MD, MBA, FAAP
Commissioner



Date Issued: May 12, 2022